# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| BAHRAM NAZERI, | ) | No. SA CV 11-1976-JST (PLA) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| DAVID LONG, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the order adopting the magistrate judge's final report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: December 9, 2012

_____
HONORABLE JOSEPHINE STATON TUCKER
UNITED STATES DISTRICT JUDGE